IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN RODRIGUEZ,

    Petitioner,                                    No. CIV S-04-2119 LKK GGH P

    vs.

DIANA BUTLER,

    Respondent.

_____/

STEVEN RODRIGUEZ,

    Petitioner,                                      No. CIV S-05-2013 DFL DAD P

    vs.

M.A. MUNTZ,                                            NON-RELATED CASE ORDER

    Respondent.

_____/

        The court has received the Notice of Related Cases concerning the above-captioned cases filed October 12, 2006, See Local Rule 83-123, E.D. Cal.  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

\\\\\

1 | This order is issued for informational purposes only and shall have no effect on the status of the
2 | cases.
3 | DATED: 12/15/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. Magistrate Judge

6 | rod2119.rel