IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN RODRIGUEZ,

    Petitioner,                    No. CIV S-05-2013 DFL DAD P

    vs.

M.A. MUNTZ, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner at Chuckawalla Valley State Prison in Blythe, California, is proceeding pro se and has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        In 1983, petitioner entered a plea of guilty to second degree murder as part of a plea agreement made to the Los Angeles County Superior Court. Petitioner was sentenced to fifteen years to life imprisonment with the possibility of parole, and an additional two years. In his habeas petition, petitioner challenges the denial of parole by the Board of Prison Terms on August 20, 2004, following a hearing at Folsom State Prison. Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

/////

On October 12, 2006, petitioner filed a notice of related cases and a request for appointment of counsel. On December 15, 2006, Magistrate Judge Gregory Hollows issued an order in which he declined to relate this case to Rodriguez v. Butler, CIV S-04-2119 LKK GGH P.

As to petitioner's request for the appointment of counsel, the request will be granted in light of the complexity of the legal issues involved and in the interests of justice. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to petitioner's application within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases;

2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer, and any motion for an evidentiary hearing shall be filed and served by petitioner concurrently with his reply to the answer;

3. All motions shall be noticed for hearing before the undersigned on a regularly scheduled law and motion calendar. Parties may appear at the hearing telephonically; to arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days prior to the hearing;

4. Petitioner's October 12, 2006 request for the appointment of counsel is granted;

5. The Federal Defender is appointed to represent petitioner;

/////

---

[1] The court notes that the Office of the Federal Defender has previously been appointed to represent petitioner in Rodriguez v. Butler, CIV S-04-2119 LKK GGH P and that the request for appointment of counsel in this case was prepared by Assistant Federal Defender David Porter.

6. The Clerk of the Court is directed to serve a copy of this order and petitioner's application for a writ of habeas corpus on David Porter, Assistant Federal Defender and on Jennifer A. Neill, Lead Supervising Deputy Attorney General.

DATED: December 21, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rodr2013.100+