```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Petitioner
    STEVEN RODRIGUEZ
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  STEVEN RODRIGUEZ,              )  NO. Civ. S 05-2013 DFL DAD
                                   )
12              Petitioner,        )  **UNOPPOSED REQUEST TO EXTEND TIME**
                                   )  **TO FILE TRAVERSE; ORDER**
13       v.                        )
                                   )
14  M.A. MUNTZ, Warden,            )
                                   )
15              Respondent.        )
                                   )
16  _____  )
```

17       Pursuant to Local Rule 6-142, Petitioner, STEVEN RODRIGUEZ, by and
18  through his counsel, Assistant Federal Defender David M. Porter,
19  hereby requests an extension of 45 days in which to file a traverse,
20  which is currently due on February 21, 2007.
21       This is the first request for extension.  It is being sought
22  because of the undersigned's duties in other cases.
23       This extension is not interposed to unduly delay the proceedings,
24  to gain unfair advantage, or for any other improper purpose.  The
25  undersigned has contacted respondent's counsel, Deputy Attorney General
26  Pamela B. Hooley, who graciously indicated that she has no opposition
27  to the requested extension.  Accordingly, petitioner requests this
28  / / /

Court enter the order being filed simultaneously with this request.

Dated:  February 22, 2007

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ *David M. Porter*
                                          DAVID M. PORTER
                                          Assistant Federal Defender

                                          Attorney for Petitioner
                                          STEVEN RODRIGUEZ

                                                   *   *   *

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, it is hereby ORDERED that the traverse may be filed on or before April 7, 2007.

DATED: February 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rodr2013.111trav

2