```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
STEVEN RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RODRIGUEZ, | NO. Civ. S 05-2013 DFL DAD |
| Petitioner, | **UNOPPOSED REQUEST TO EXTEND TIME TO FILE TRAVERSE; ORDER** |
| v. | |
| M.A. MUNTZ, Warden, | |
| Respondent. | |

Pursuant to Local Rule 6-142, Petitioner, STEVEN RODRIGUEZ, by and through his counsel, Assistant Federal Defender David M. Porter, hereby requests an extension of 30 days in which to file a traverse, which is currently due on April 7, 2007.

This is the second request for extension, an earlier unopposed extension of 45 days having been sought and granted. While the undersigned had hoped to be able to complete the traverse by the current deadline, two recent occurrences have prevented him from doing so. First, on February 5, 2007, the undersigned was appointed by the Ninth Circuit to represent a defendant in a case being reconsidered by the en banc court. The undersigned filed supplemental briefs in that case on February 21 and March 14, 2007, and he participated in oral

argument in San Francisco on March 21, 2007.  Second, one of the attorneys in the habeas/appeals unit of the Federal Defender's Office has recently left on maternity leave, and the undersigned has taken over seven of her cases, two of which have required immediate and substantial attention.

This extension is not interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose.  The undersigned has contacted respondent's counsel, Supervising Deputy Attorney General Jennifer Anne Neill, who graciously indicated that she has no opposition to the requested extension.  Accordingly, petitioner requests this Court enter the order being filed simultaneously with this request.

Dated:  March 30, 2007

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    */s/ David M. Porter*
    DAVID M. PORTER
    Assistant Federal Defender

    Attorney for Petitioner
    STEVEN RODRIGUEZ

\* \* \*

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, it is hereby ORDERED that the traverse may be filed on or before May 7, 2007.

DATED: April 2, 2007.

    _____
    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

DAD:4rodr2013.Peot2